# In the United States District Court for the Southern District of Georgia
## Waycross Division

| | |
|---|---|
| LOVIE MCVEIGH,<br><br>    Plaintiff,<br><br>v.<br><br>DOYLE WOOTEN, in his official capacity, JEREMY ANDERSON, individually and in his official capacity, KYLE SPIVEY, individually and in his official capacity, DOVIE HART,<br><br>    Defendants. | 5:23-CV-107 |

### ORDER

Before the Court are Defendants' motions to dismiss. Dkt. Nos. 51, 53. Briefing regarding those motions refer to what may be ongoing state proceedings touching on some of the matters central to this case. The parties are **ORDERED** to address whether any parallel proceedings require abstention under Younger v. Harris, 401 U.S. 37 (1971), as the nature and progress of such proceedings is unclear to the Court at this stage. The supplemental briefs shall be no more than ten (10) pages (under the formats and styles allowed by the Local Rules) and shall be filed within fourteen (14) days of the date of this Order.

SO ORDERED this 15 day of April, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA